# United States Bankruptcy Court
## Southern District of Georgia

In re  **Gerard Clayton Robertson** _____   Case No. **24-41058**

_____ Debtor(s)   Chapter **13**

## TRANSMITTAL OF PAY ADVICES

Attached to this transmittal are copies of all payment advices (pay stubs), or other evidence of payment, received by the debtor(s) from employer(s) within sixty days before the filing of the petition.

1.   Debtor 1   **Gerard Clayton Robertson** _____

   Employer   **1099 "Floater" Minister** _____

   Dates of Pay Advices:   From _____ To _____

   The debtor did not receive any payment advices, or other evidence of payment, from an employer within sixty days before the filing of the petition because:

   ☐   The Debtor 1 was not employed.

   ☐   The Debtor 1's source of income was from Social Security.

   ☑   The Debtor 1 was self-employed.

2.   Debtor 2 (Spouse) _____

   Employer _____

   Dates of Pay Advices:   From _____ To _____

   The joint debtor did not receive any payment advices, or other evidence of payment, from an employer within sixty days before the filing of the petition because:

   ☐   Debtor 2 was not employed.

   ☐   Debtor 2's source of income was from Social Security.

   ☐   Debtor 2 was self-employed.

**Important Notice of Redaction Responsibility:** Any attached documents must be redacted in compliance with Fed. R. Bankr. P. 9037. Only include the last four digits of a debtor's social security number or individual taxpayer identification number.

| /s/ Schuyler Elliott | December 17, 2024 | /s/ Gerard Clayton Robertson | December 17, 2024 |
|---|---|---|---|
| Signature of Attorney for Debtor(s) | Date | Signature of Debtor 1 | Date |
| **Schuyler Elliott 244002** | | | |
| Name of Attorney | | Signature of Debtor 2 (if applicable) | Date |