IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of: )
)
GERARD CLAYTON ROBERTSON )
P.O. BOX 1645 )
HINESVILLE, GA 31310 ) Chapter 13
) Case No. 24-41058-EJC
)
Debtor(s) )
)

## TRUSTEE'S MOTION TO CONFIRM PLAN AS AMENDED

Trustee moves that Debtor's(s') plan be confirmed. The plan, as amended commits Debtor's(s') disposable income to the plan for a period of at least thirty-six months and otherwise conforms to the requirements of Title 11. The plan, as amended will pay $0.00*** or more to unsecured creditors, but in any event will pay not less than 0.00% of the total allowed unsecured claims.

Debtor's(s') plan is amended to:

[ X ] Raise payments/extend plan as follows: RAISE Plan payment to $1,468.00 per month/ EXTEND plan term to 60 months;

[ ] Change valuation(s) as follows:

[ ] Allow/Modify/Disallow claims as follows:

[ X ] OTHER:

The Debtor has non-exempt equity of $41,111.00 in real property located at 1528 Woodcrest Circle in Hinesville, Georgia and non-exempt equity of $84,657.26 in real property located at 2206 Driftwood Lane in Hinesville, Georgia; both owned by the Debtor's business Club Drive, LLC. The total amount of non-exempt equity in the case is $125,768.26. Therefore, Debtor must guarantee a minimum of this amount to unsecured creditors with allowed claims. Should the lender file a motion for relief from the automatic stay, the Trustee may seek to have the bankruptcy case converted to Chapter 7. ***

Trustee certifies that none of the foregoing amendments require notice to parties, other than those whose consent has been given. This 26 day of February, 2025.

_____
Debtor Counsel - SCHUYLER ELLIOTT

_____
Debtor

_____
Debtor

_____
Creditor's Counsel

_____
Creditor's Counsel

_____
Chapter 13 Trustee Attorney

____ O. BYRON MEREDITH III, Trustee, Georgia Bar #002300

____ LYNN CARROLL, Georgia Bar #460365

_X_ CARRI H. JOHNSON, Georgia Bar #301590

____ SABARI PILLAI, Georgia Bar #793947

**53A**