IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of )
)  Chapter 13
GERARD CLAYTON ROBERTSON ) Case No. 24-41058-EJC
P.O. BOX 1645 )
HINESVILLE, GA  31310 )
)
SSN: xxx-xx-0149 )
                              Debtor )
)

## TRUSTEE'S REPORT OF CONFIRMATION

On Wednesday, February 26, 2025, the Bankruptcy Court confirmed the above debtor(s)' plan with payments of $1,468.00 MONTHLY for a period of 60 months. Disbursements shall be made by O. Byron Meredith III, Trustee, to the following creditors:

| Claim # | Cred # | Creditor Name | Claim Status | Claim Amount |
|---|---|---|---|---|
| 00000 | 472295 | SCHUYLER ELLIOTT | ATTORNEY FEE | $4,500.00 |
| 00000 | 614 | CLERK OF U S BANKRUPTCY CRT | FILING FEE | $0.00 |
| 00000 | 16027 | CLERK U S BANKRUPTCY COURT | NOTICE FEE | $0.00 |
| 00001 | 464515 | U.S. BANK TRUST NATIONAL ASSOCIATION | NOT PAID | $111,433.28 |
| 00002 | 472746 | US BANK NATIONAL ASSOCIATION | NOT PAID | $180,549.09 |
| 01001 | 464515 | U.S. BANK TRUST NATIONAL ASSOCIATION | NOT PAID | $2,379.05 |
| 01002 | 472746 | US BANK NATIONAL ASSOCIATION | (NEW) Prepetition Arrears | $72,196.50 |

s/ O. Byron Meredith III
O. Byron Meredith III
Georgia Bar # 002330
P.O. BOX 10556
SAVANNAH, GA  31412-0756
(912)234-5052

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
DIVISION

| | |
|---|---|
| IN RE:<br>GERARD CLAYTON ROBERTSON | CASE NO: 24-41058<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 7/30/2025, I did cause a copy of the following documents, described below,

Trustee's Report of Confirmation

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/30/2025

/s/ O. Byron Meredith
O. Byron Meredith

Office of the Standing Chapter 13 Trustee
33 Bull Street, Suite 415
Savannah , GA 31401
912 234 5052
kencox@ch13sav.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
DIVISION

| IN RE: | CASE NO: 24-41058 |
|---|---|
| GERARD CLAYTON ROBERTSON | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 7/30/2025, a copy of the following documents, described below,

Trustee's Report of Confirmation

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/30/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
O. Byron Meredith
Office of the Standing Chapter 13 Trustee
33 Bull Street, Suite 415
Savannah , GA  31401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE are not served by First Class USPS Mail Service.

GERARD CLAYTON ROBERTSON
P.O. BOX 1645
HINESVILLE, GA 31310

SCHUYLER ELLIOTT
SCHUYLER ELLIOTT
2024 BEAVER RUIN ROAD
NORCROSS, GA 30371

U.S. BANK TRUST NATIONAL ASSOCIATION,
AS TRU
C/O SN SERVICING CORPORATION
323 5TH STREET
EUREKA, CA 95501

US BANK NATIONAL ASSOCIATION
PHH MORTGAGE SERVICE
ATTN: SBRP
PO BOX 24781
WEST PALM BEACH, FL 33416

Case:24-41058-EJC   Doc#:31   Filed:07/30/25   Entered:07/30/25 11:47:30   Page:5 of 5
8721323630066

represented by:
Andrea Lynn Betts-Whalen
Aldridge Pite, LLP
3525 Piedmont Road, N.E.
Suite 700
Atlanta, GA 30305
Gerard Clayton Robertson
P.O. Box 1645
Hinesville, GA 31310
represented by:
Schuyler Elliott
Schuyler Elliott & Associates, Inc.
The Mecca Building
2024 Beaver Ruin Road
Norcross, GA 30071
represented by:
Maria Angela Tsagaris
McCalla Raymer, LLC
1544 Old Alabama Road

Office of the U. S. Trustee
33 Bull Street, Suite 400
Savannah, GA 31401

Ustpregion21.sv.ecf@usdoj.govAdded: 12/17/2024(U. S. Trustee)

O. Byron Meredith, III
P O Box 10556
Savannah, GA 31412

ecfsav1@ch13sav.comAdded: 12/17/2024 (Trustee)